UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-03748-RGK (GJS) | Date | August 11, 2021 |
|---|---|---|---|
| Title | David Lack v. Dr. Possner, et al. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| E. Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) Order To Show Cause Re: Possible Dismissal Under Rule 4(m)

　　On May 3, 2021, Plaintiff filed his Complaint in this action [Dkt. 1]. On May 12, 2012, the Court issued its Initial Order In Civil Rights Case [Dkt. 3, "Initial Order"]. Among other things, the Initial Order cautioned Plaintiff as follows:

> Plaintiff must serve the summons and complaint on all named Defendants in this action within 90 days from the filing date of the Complaint, that is, by August 2, 2021. Plaintiff must file proof of service within 15 days of the date of service. If service is not completed within 90 days from the filing of the Complaint, the Court may dismiss this action in whole or against unserved defendants. Fed. R. Civ. P. 4(m). Service of the summons and Complaint must comply with Rule 4 of the Federal Rules of Civil Procedure.

(Initial Order at ¶ 3.A.)

　　The Rule 4(m) period for service of process has expired. As of today's date, no proof of service had been filed, no Defendant has appeared in this action, and no evidence exists that Plaintiff had made any effort to serve any of the Defendants with

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-03748-RGK (GJS) | Date | August 11, 2021 |
|---|---|---|---|
| Title | David Lack v. Dr. Possner, et al. | | |

process. In fact, the docket shows that Plaintiff has not obtained the Summons – the critical item for effective service of process.

The record, thus, demonstrates that Plaintiff did not serve any Defendant, or attempt to do so, within the Rule 4(m) period. As a result, dismissal of this action pursuant to Rule 4(m) may be warranted. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed due to his failure to effect service of process within the Rule 4(m) deadline. If Plaintiff wishes this action to proceed, then **by no later than August 31, 2021**, he shall file a response to this Order, in which he must: request an extension of the Rule 4(m) period; explain why he has not timely effected service of process; and set forth good cause for his noncompliance with Rule 4(m) and this Court's Initial Order. Absent a timely response establishing good cause, this action may be dismissed under Rule 4(m).

**IT IS SO ORDERED.**